IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>22.58 ACRES OF LAND, MORE OR )<br>LESS, SITUATED IN MONTGOMERY )<br>COUNTY, STATE OF ALABAMA, )<br>AND OSI, INC., et al., )<br>)<br>Defendants. ) | 2008 MAR 13 P 4:19<br><br>Action No.: 2:08cv180- |

**COMPLAINT FOR CONDEMNATION**

1. This is an action of a civil nature brought by the United States of America at the request of the Deputy Assistant Secretary of the Air Force (Installations) for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking and the public use for which the property is taken are set forth in Schedule "A" attached hereto and made a part hereof.

3. A general description of the property taken and a survey plat showing the property taken, the persons, firms or corporations having or claiming an interest in the property whose names are now known and the estates taken are all set forth in Schedule "B" attached hereto and made a part hereof.

4. In addition to the persons named in Schedule "B" there are or may be others who may claim some interest in the property to be taken, whose names are unknown to

plaintiff and such persons are made parties to the action under the designation "Unknown Owners."

WHEREFORE, the plaintiff demands judgment that the property be condemned to the extent of the estates to be taken and that just compensation for the taking be ascertained and awarded and for such other relief as may be lawful and proper.

Respectfully submitted this 13th day of March, 2008.

                                  LEURA G. CANARY
                                  United States Attorney

By: _____
                                R. RANDOLPH NEELEY
                                Assistant United States Attorney
                                Bar Number: 9083-E56R
                                Post Office Box 197
                                Montgomery, AL  36101-0197
                                Telephone No.: (334) 223-7280
                                Facsimile No.: (334) 223-7418
                                E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I filed the foregoing with the Clerk of Court along with Summons and copies of Complaint to be served by the Clerk via certified mail upon the following:

OSI, Inc.
3950 Birmingham Highway
Montgomery, Alabama 36108-1432

OSI, Inc.
c/o Bill Morrison, President
4 Yacht Club Drive, Unit 46
Daphne, Alabama 36526

City of Montgomery
Legal Division
Room 200
103 North Perry Street
Montgomery, Alabama 36104

Tommy Gallion
Montgomery County Attorney
305 S. Lawrence Street
Montgomery, Alabama 36104

OSI, Inc.
c/o John Downs, Registered Agent
7797 E. State Highway 52
Webb, Alabama 36376

Illinois Central Gulf Railroad Company
A Delaware Corporation
The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

Sarah G. Spear
Montgomery County Revenue
 Commissioner
100 S. Lawrence Street
Montgomery, Alabama 36104

_____
Assistant United States Attorney

SCHEDULE "A"

AUTHORITY FOR THE TAKING:

The authority for the taking of land is under and in accordance with the Act of Congress approved February 26, 1931 (46 Stat. 1421, 40 U.S.C. 258a, recodified as 40 U.S.C. 3114), and acts supplementary thereto and amendatory thereof, and under the further authority of the Act of Congress approved August 1, 1888 (25 Stat. 357, 40 U.S.C. 257, recodified as 40 U.S.C. 3113); Section 2663 and Section 9773 of Title 10, United States Code, which authorize the acquisition of the land for military purposes; and the Act of Congress approved September 29, 2006, P.L. 109-289, which act appropriated funds for such purposes.

PUBLIC USES:

The public use for which said land is taken is to conduct environmental work at Remedial Action OU No.1 Project, Maxwell Air Force Base, Montgomery County, Alabama Military Reservation and for such other uses as may be authorized by Congress or by Executive Order.

SCHEDULE "B"

TRACT NO. 166-E-1

DESCRIPTION:

All that tract or parcel of land lying and being in Sections 8 and 9, Township 16 North, Range 17 East, St. Stephens Meridian, Montgomery County, Alabama, more particularly described as follows:

Beginning at an iron pin which is at the northeast corner of said Section 8;

Thence S 00° 54' 22" E along the east line of said section a distance of 48.38 feet;

Thence N 75° 32' 04" E a distance of 201.71 feet;

Thence S 89° 51' 36" E a distance of 304.56 feet;

Thence S 21° 18' 21" E a distance of 530.02 feet;

Thence S 54° 54' 00" W a distance of 934.28 feet;

Thence S 55° 21' 09" W a distance of 89.77 feet;

Thence N 42° 59' 32" W a distance of 59.73 feet;

Thence N 42° 53' 50" W a distance of 180.23 feet;

Thence N 42° 51' 08" W a distance of 239.60 feet;

Thence N 43° 33' 00" E a distance of 89.01 feet;

Thence S 48° 18' 45" E a distance of 441.28 feet;

Thence N 44° 00' 00" E a distance of 100.00 feet;

Thence N 16° 55' 51" W a distance of 921.99 feet to a point on the north line of said Section 8;

Thence N 89° 05' 43" E along the north line of said section a distance of 279.59 feet, more or less, to the point of beginning.

Containing 14.89 acres, more or less, a portion of which was previously acquired as Tract 160LE and designated as Tract No. 166-E-1 of Maxwell Air Force Base, Alabama, Military Reservation.

TRACT NO. 166-E-2

All that tract or parcel of land lying and being in Section 8, Township 16 North, Range 17 East, St. Stephens Meridian, Montgomery County, Alabama, more particularly described as follows:

Commencing at an iron pin at the northeast corner of said Section 8;

Thence S 89° 05' 43" W a distance of 279.59 feet to the POINT OF BEGINNING;

Thence S 16° 55' 51" E a distance of 921.99 feet;

Thence S 44° 00' 00" W a distance of 100.00 feet;

Thence N 48° 18' 45" W a distance of 441.28 feet;

Thence N 42° 47' 32" W a distance of 167.95 feet;

Thence S 44° 55' 21" W a distance of 134.43 feet;

Thence N 29° 14' 13" W a distance of 472.19 feet;

Thence S 78° 29' 27" W a distance of 338.62 feet;

Thence N 00° 42' 05" W a distance of 99.12 feet;

Thence N 78° 06' 03" E a distance of 112.13 feet;

Thence N 78° 12' 10" E a distance of 810.58 feet, more or less, to the point of beginning.

LESS AND EXCEPT

The foot print of any existing buildings located thereon.

Containing 7.69 acres, more or less, and designated as Tract No. 166-E-2 of Maxwell Air Force Base, Alabama, Military Reservation.

TRACT NO. 166-E-3

All that tract or parcel of land lying and being in Section 8, Township 16 North, Range 17 East, St. Stephens Meridian, Montgomery County, Alabama, more particularly described as follows:

Commencing at an iron pin at the northeast corner of said Section 8;

Thence S 89° 05' 43" W a distance of 279.59 feet to the POINT OF BEGINNING;

Thence S 16° 55' 51" E a distance of 921.99 feet;

Thence S 44° 00' 00" W a distance of 100.00 feet;

Thence N 48° 18' 45" W a distance of 441.28 feet;

Thence N 42° 47' 32" W a distance of 167.95 feet;

Thence S 44° 55' 21" W a distance of 134.43 feet;

Thence N 29° 14' 13" W a distance of 472.19 feet;

Thence S 78° 29' 27" W a distance of 338.62 feet;

Thence N 00° 42' 05" W a distance of 99.12 feet;

Thence N 78° 06' 03" E a distance of 112.13 feet;

Thence N 78° 12' 10" E a distance of 810.58 feet, more or less, to the point of beginning.

LESS AND EXCEPT

The foot print of any existing buildings located thereon.

Containing 7.69 acres, more or less, and designated as Tract No. 166-E-3 of Maxwell Air Force Base, Alabama, Military Reservation all of which was previously described as Tract 166-E-2.

Tract Nos. 166-E-1 and 166-E-2 and 166-E-3 containing in the aggregate 22.58 acres, more or less.

SCHEDULE "B"

TRACT NOS. 166-E-1, 166-E-2 & 166-E-3

NAMES AND ADDRESSES OF PURPORTED OWNERS:

OSI, Inc.
3950 Birmingham Highway
Montgomery, Alabama  36108-1432

OSI, Inc.
c/o John Downs, Registered Agent
7797 E. State Highway 52
Webb, Alabama  36376

OSI, Inc.
c/o Bill Morrison, President
4 Yacht Club Drive
Unit 46
Daphne, Alabama  36526

Illinois Central Gulf Railroad Company,
a Delaware Corporation
The Corporation Company
2000 Interstate Park Drive Suite 204
Montgomery, Alabama  36109

City of Montgomery
Legal Division
Room 200
103 North Perry Street
Montgomery, Alabama  36104

Sarah G. Spear
Montgomery County Revenue Commissioner
100 S. Lawrence Street
Montgomery, Alabama  36104

Tommy Gallion
Montgomery County Attorney
305 S. Lawrence Street
Montgomery, Alabama  36104

State of Alabama
Troy King
Alabama Attorney General
Alabama State House
11 South Union Street
Third Floor
Montgomery, Alabama  36130

Any and all parties in possession whose identities and addresses are unknown.

Any and all parties having or claiming a legal or equitable interest in said property whose identities and addresses are unknown.

Estimated Compensation:

The estimated compensation for Tracts 166-E-1, 166-E-2 and 166-E-3 is $53,000.00.

Estates Taken:

### Environmental Restoration Easement

A temporary and assignable easement in, on, over and across tract No. 166-E-1, for a period of twenty (20) years beginning with the date possession of the interests in the land is granted to the United States, for use by the United States, its representatives, agents, contractors and assigns for environmental investigation and response, including the right to construct, operate, and maintain environmental restoration works, including the right to clear, cut, fell, remove and dispose of any and all timber, trees, underbrush, buildings, improvements and/or other obstructions therefrom; to shape, grade, excavate, cut away, and remove any soils, dirt, debris or material of any nature whatsoever from said land, and alternatively, to deposit fill material thereon; to plant trees, shrubs, grasses, and for such other purposes as may be required in connection with said work of restoration; together with the right to prohibit access to those other than the owner or owners of said land; their heirs and assigns; the right to fence the described property and to post signs indicating the nature and extent of the Government's control; and to perform such other work which may be necessary and incident to the use by the United States for environmental investigation and sampling on such lands, and to prohibit any activity which would adversely affect the groundwater level, flow, direction, velocity, chemistry, or result in the exposure of the water table; reserving to the owner or owners of said land, their heirs and assigns, all such rights and privileges as may be used without interfering with or abridging the rights and easement hereby acquired, expressly including the right to use said land as a temporary storage area in such a manner as will not interfere with the said rights and easement hereby acquired, subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

Monitoring Well Easement

A temporary and assignable easement in, on, over and across tract No. 166-E-2, excepting the footprint of any existing buildings located thereon, for a period of twenty (20) years beginning with the date possession of the interests in the land is granted to the United States, for use by the United States, its representatives, agents, contractors and assigns to locate, construct, operate, maintain, repair, replace, and/or remove groundwater monitoring wells and appurtenances thereto and to perform such other work which may be necessary and incident to the use by the United States for environmental investigation and sampling on such lands, and to prohibit any activity which would adversely affect the groundwater level, flow, direction, velocity, chemistry, or result in the exposure of the water table; reserving to the owners, their heirs and assigns, all such rights and privileges as may be used without interfering with or abridging the rights and easement hereby acquired; subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

Temporary Grading and Drainage Easement

A temporary and assignable easement in, on, over and across tract No. 166-E-3, excepting the footprint of any existing buildings located thereon, for a period of two (2) years beginning with the date possession of the interests in the land is granted to the United States, for use by the United States, its representatives, agents, contractors and assigns to shape, grade, excavate, and alternatively, to deposit fill material thereon for the purposes of establishing surface water drainage and run-off; including the right to clear, cut, fell, remove and dispose of any and all timber, trees, underbrush, or other obstructions therefrom; reserving to the owners, their heirs and assigns, all such rights and privileges as may be used without interfering with or abridging the rights and easement hereby acquired; subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.



# MAXWELL AIR FORCE BASE
## MAXWELL RADIO RANGE ANNEX
## MAXWELL FAMILY HOUSING ANNEX

### TRACT REGISTER

| TRACT NO. | LAND OWNER | FEE | ESMT. | OTHER | REMARKS |
|---|---|---|---|---|---|
| A-16 | JAMES F. HILL, ET UX | 20.00 | | | DEED DTD. 5-29-43 |
| D-1 | ANNIE M. DIMMICK JONES | 82.31 | | | D.T. NO. 7 FILED 2-18-43 |
| 160LE | T. H. PRUETT & R. M. HARRINGTON | | | 17.21 | LEASE NO. DACA01-5-71-732 DTD. 4/22/71 & S/A NO. 1 DTD. 5/7/75. PERIOD 7/1/71 TO 5/31/75 |
| 161LE | E. PHILIP MANGUM, JR., ET AL | | | 9.00 | LEASE NO. DACA01-5-82-354 DTD. 7/1/82 FROM 10/1/82 TO 9/30/87 (1) |
| 166-E-1 | OSI, INC., ET AL | | 14.89 | | TEMP. ENVIORNMENTAL RESTORATION ESM'T. FOR 20 YRS. |
| 166-E-2 | OSI, INC., ET AL | | 7.69 | | TEMP. MONITORING WELL EASEMENT FOR 20 YRS. |
| 166-E-3 | OSI, INC., ET AL | | — | | TEMP. GRADING AND DRAINAGE EASEMENT FOR 2 YRS. (2) |

**NOTES:**
(1) ORIGINAL LEASE NO. DA-01-076-ENG-3507 FROM 7/1/56 TO 6/30/66. THIS AREA CONTINUOUSLY UNDER LEASE FROM 7/1/56. ACREAGE REDUCED FROM 39.00 ACRES BY PRIOR LEASE.
(2) ENTIRE 7.69 ACRES INCLUDED IN TRACT 166-E-2

SCHEDULE "C"   SCALE IN FEET   600  0  600  1200
SHEET 1 OF 1   DRAWING NO. 1660Tmap.dgn