IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Action No.: |
| | ) | 2:08cv180 |
| 22.58 ACRES OF LAND, MORE OR | ) | |
| LESS, SITUATE IN MONTGOMERY | ) | |
| COUNTY, STATE OF ALABAMA, | ) | |
| AND OSI, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DEPOSIT FUNDS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby files this Motion To Deposit with the Clerk of the Court, Middle District of Alabama, a United States Treasury Check in the amount of $53,000.00 pursuant to Fed.R.Civ.P. 71A(j) in an interest bearing account. Said sum represents the estimated just compensation in the above-captioned case.

Respectfully submitted this 13th day of March, 2008.

LEURA G. CANARY
United States Attorney

By: /s/
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I filed the foregoing with the Clerk of the Court, and I hereby certify that I served a copy of same via, U.S. Mail, postage prepaid on the following as addressed below:

| | |
|---|---|
| OSI, Inc.<br>3950 Birmingham Highway<br>Montgomery, Alabama 36108-1432 | OSI, Inc.<br>c/o John Downs, Registered Agent<br>7797 E. State Highway 52<br>Webb, Alabama 36376 |
| OSI, Inc.<br>c/o Bill Morrison, President<br>4 Yacht Club Drive, Unit 46<br>Daphne, Alabama 36526 | Illinois Central Gulf Railroad Company<br>A Delaware Corporation<br>The Corporation Company<br>2000 Interstate Park Drive, Ste. 204<br>Montgomery, Alabama 36109 |
| City of Montgomery<br>Legal Division<br>Room 200<br>103 North Perry Street<br>Montgomery, Alabama 36104 | Sarah G. Spear<br>Montgomery County Revenue<br>  Commissioner<br>100 S. Lawrence Street<br>Montgomery, Alabama 36104 |

Tommy Gallion
Montgomery County Attorney
305 S. Lawrence Street
Montgomery, Alabama 36104

_____
Assistant United States Attorney

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Action No.: 2:08cv180 |
| ) | |
| 22.58 ACRES OF LAND, MORE OR ) | |
| LESS, SITUATED IN MONTGOMERY ) | |
| COUNTY, STATE OF ALABAMA, ) | |
| AND OSI, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Motion of plaintiff, United States of America, for an Order to deposit estimated just compensation into the Registry of the Court in an interest bearing account, and the court having considered the Motion it is;

ORDERED that the Motion To Deposit Funds is hereby granted.

IT IS FURTHER ORDERED that the said sum of $53,000.00 be deposited by the clerk into the registry of this court and as soon as the business of this Court allows, the clerk shall deposit funds into an interest bearing account.

Done this ____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE