IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Action No.: 2:08cv180- |
| ) | |
| 22.58 ACRES OF LAND, MORE OR ) | |
| LESS, SITUATED IN MONTGOMERY ) | |
| COUNTY, STATE OF ALABAMA, ) | |
| AND OSI, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ORDER FOR DELIVERY OF POSSESSION AND BRIEF IN SUPPORT THEREOF

The plaintiff, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, moves this Honorable Court for an order vesting in plaintiff the right to immediate possession of the property condemned herein, and requiring all defendants to this action and any and all persons in possession or control of the property, as described in the Declaration of Taking filed herein, to surrender possession of the said property to the extent of the estate condemned, to the plaintiff forthwith. This court should grant this Motion for the below-stated reasons:

1. Title to the property condemned herein immediately vested in the United States upon the filing of the Declaration of Taking in this action and the deposit of estimated just compensation ($53,000.00) into the registry of the court. Thereafter, the United States is entitled to possession.

2. The plaintiff has found and determined that it is necessary and advantageous to the interest of the United States of America to acquire possession of the property condemned, herein. Such land is required to conduct environmental work at Remedial Action OU No. 1 Project, Maxwell Air Force Base, Montgomery County, Alabama Military Reservation and for such other uses as may be authorized by Congress or by Executive Order.

### BRIEF IN SUPPORT OF MOTION FOR ORDER FOR DELIVERY OF POSSESSION

The United States of America is entitled to possession as an incident of the right to exercise the power of eminent domain. Hanson Lumber Company v. United States, 261 U.S. 581, 587 (1923). A Declaration of Taking has been filed and funds have been deposited in the registry of the court as estimated just compensation for the property herein.

Under the Declaration of Taking Act, 40 U.S.C. §3114, upon deposit by the condemnor of estimated just compensation, title to the land is vested in the United States. The Act is intended to give the government immediate possession of the property and give the owner immediate compensation, in the form of estimated value, in return for the title to his land. United States v. Miller, 317 U.S. 369, 381 (1943); United States v. 2,606.84 Acres of Land, 32 F.2d 1286 (5th Cir. 1970), cert. denied, 402 U.S. 916 (1971).

The Declaration of Taking Act also specifically provides that upon the filing of the Declaration of Taking, "the court shall have the power to fix the time within which and

the terms upon which the parties shall be required to surrender possession to the petitioner." The basic purpose of the Act is to give the government possession and title and to avoid unnecessary delay in the consummation of public projects. McKendry v. United States, 219 F.2d 357, 358 (9th Cir. 1953); In Re United States, 257 F.2d 844 (5th Cir. 1958), cert. denied, 358 U.S. 908 (1958). This is an orderly procedure for transferring control of the property to the condemnor.

Respectfully submitted this 13th day of March, 2008.

LEURA G. CANARY
United States Attorney

By: /s/
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I filed the foregoing with the Clerk of the Court, and I hereby certify that I served a copy of same via, U.S. Mail, postage prepaid on the following as addressed below:

OSI, Inc.
3950 Birmingham Highway
Montgomery, Alabama 36108-1432

OSI, Inc.
c/o Bill Morrison, President
4 Yacht Club Drive, Unit 46
Daphne, Alabama 36526

City of Montgomery
Legal Division
Room 200
103 North Perry Street
Montgomery, Alabama 36104

Tommy Gallion
Montgomery County Attorney
305 S. Lawrence Street
Montgomery, Alabama 36104

OSI, Inc.
c/o John Downs, Registered Agent
7797 E. State Highway 52
Webb, Alabama 36376

Illinois Central Gulf Railroad Company
A Delaware Corporation
The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

Sarah G. Spear
Montgomery County Revenue
 Commissioner
100 S. Lawrence Street
Montgomery, Alabama 36104

_____
Assistant United States Attorney

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Action No.: 2:08cv180 |
| ) | |
| 22.58 ACRES OF LAND, MORE OR ) | |
| LESS, SITUATED IN MONTGOMERY ) | |
| COUNTY, STATE OF ALABAMA, ) | |
| AND OSI, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR DELIVERY OF POSSESSION**

Upon consideration of the pleadings filed by plaintiff herein for the surrender of possession of the property, to the extent of the estate condemned, described in the complaint filed herein, and the court finding that the plaintiff having filed a declaration of taking in this cause and deposited estimated just compensation in the amount of $53,000.00 in the registry of the court for the said property is entitled to possession, it is by the court this ____ day of March, 2008,

ORDERED that all persons in possession or control of the property described in the Complaint filed herein shall surrender possession of said property to the extent of the estate being condemned, to the plaintiff immediately.

IT IS FURTHER ORDERED that a copy of this order shall be served by mail upon all persons in possession or control of the said property forthwith.

Done this ____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE