AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

UNITED STATES OF AMERICA

V.

22.58 ACRES OF LAND, MORE OR LESS,
SITUATED IN MONTGOMERY COUNTY, AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08cv180-TFM

TO: (Name and address of Defendant)

Illinois Central Gulf Railroad Company
A Delaware Corporation
The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3-25-08
_____        _____
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

22.58 ACRES OF LAND, MORE OR LESS,
SITUATED IN MONTGOMERY COUNTY, AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08cv180-TFM

TO: (Name and address of Defendant)

OSI, Inc.
3950 Birmingham Hwy.
Montgomery, AL 36108-1432

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              3-25-08
_____                    _____
CLERK                                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

V.

22.58 ACRES OF LAND, MORE OR LESS,
SITUATED IN MONTGOMERY COUNTY, AL

CASE NUMBER: 2:08cv180-TFM

TO: (Name and address of Defendant)

OSI, Inc.
c/o Bill Morrison, President
4 Yacht Club Drive, Unit 46
Daphne, AL 36526

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              3-25-08
_____                        _____
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

V.

22.58 ACRES OF LAND, MORE OR LESS,
SITUATED IN MONTGOMERY COUNTY, AL

CASE NUMBER: 2:08cv180 —TFM

TO: (Name and address of Defendant)

OSI, Inc.
c/o John Downs, Registered Agent
7797 E. State Hwy. 52
Webb, AL 36376

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              3-25-08

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

22.58 ACRES OF LAND, MORE OR LESS,
SITUATED IN MONTGOMERY COUNTY, AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2O8CV180-TFM

TO: (Name and address of Defendant)

City of Montgomery
Legal Division, Rm. 200
103 North Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                             3-25-08

CLERK                                                         DATE

(By) DEPUTY CLERK

℅AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

V.

22.58 ACRES OF LAND, MORE OR LESS,
SITUATED IN MONTGOMERY COUNTY, AL

CASE NUMBER: 2:08cv180-TFM

TO: (Name and address of Defendant)

Sarah G. Spear
Montgomery County Revenue Commissioner
100 S. Lawrence Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                    3-25-08
_____                      _____
CLERK                                                                         DATE

_signature_
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

22.58 ACRES OF LAND, MORE OR LESS,
SITUATED IN MONTGOMERY COUNTY, AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08cv180-TFM

TO: (Name and address of Defendant)

Tommy Gallion
Montgomery County Attorney
305 S. Lawrence Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                     3-25-08

CLERK                                                          DATE

(By) DEPUTY CLERK