**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Illinois Central Gulf Railroad Co.
A Delaware Corporation
The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

4a. Article Number
7099 3400 0009 2318 7192

4b. Service Type
☐ Registered   ☐ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
3/26/08

5. The Corporation Company

8. Addressee's Address (Only if requested and fee is paid)
2:08CV 180 s+c

6. Signature: (Addressee or Agent)
X The Corporation Company

102595-98-B-0229   Domestic Return Receipt

PS Form **3811**, December 1994

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.