**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Tommy Gallion
Montgomery County Attorney
305 S. Lawrence Street
Montgomery, Alabama 36104

4a. Article Number
7099 3400 0009 2318 7161

4b. Service Type
☐ Registered      ☐ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
3-26-08

5. Received By: (Print Name)
Diane McKenzie

6. Signature: (Addressee or Agent)
X Diane McKenzie

8. Addressee's Address (Only if requested and fee is paid)
2:08CV180

PS Form 3811, December 1994     102595-98-B-0229     Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.