**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Is your RETURN ADDRESS completed on the reverse side?

City of Montgomery
Legal Division
Room 200
103 North Perry Street
Montgomery, Alabama 36104

4a. Article Number
7099 3400 0009 2318 7185

4b. Service Type
☐ Registered          ☐ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

8. Addressee's Address (Only if requested and fee is paid)

5. Received By: *(Print Name)*
FRANK POOLE

6. Signature: *(Addressee or Agent)*
X Frank Poole

2:08CV180  svc

102595-98-B-0229   Domestic Return Receipt

PS Form **3811**, December 1994

Thank you for using Return Receipt Service.