IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | * Case No.: 2008cv180 |
| | * |
| **22.58 ACRES OFLAND, MORE OR LESS** | * |
| **SITUATED IN MONTGOMERY COUNTY,** | * |
| **STATE OF ALABAMA, AND OSI, INC.,** | * |
| et al., | * |
| | * |
| **Defendants.** | * |

### NOTICE OF APPEARANCE

COME NOW Thomas T. Gallion, III, Constance C. Walker and the law firm of Haskell Slaughter Young & Gallion, LLC, and file this notice of appearance as counsel for the Defendant identified in the Complaint for Condemnation as Sarah G. Spear.

Respectfully submitted this 31st day of March, 2008.

        s/*Constance C. Walker*_____
        Thomas T. Gallion, III   (ASB-5295-L74T)
        Constance C. Walker  (ASB-5510-L66C)
        Attorneys for Defendant Sarah G. Spear

**OF COUNSEL**:

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama  36103-4660
334-265-8573
334-264-7945 (fax)
mp@hsy.com
ccw@hsy.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

| | |
|---|---|
| Leura G. Canary<br>United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama  36101-0197 | OSI, Inc.<br>c/o John Down, Registered Agent<br>7797 E. State Highway 52<br>Webb, Alabama  36376 |
| OSI, Inc.<br>3950 Birmingham Highway<br>Montgomery, Alabama  36108-1432 | Illinois Central Gulf Railroad Company<br>A Delaware Corporation<br>The Corporation Company<br>2000 Interstate Park Drive, Ste. 204<br>Montgomery, Alabama 36109 |
| OSI, Inc.<br>c/o Bill Morrison, President<br>4 Yacht Club Drive, Unit 46<br>Daphne, Alabama  36526 | Sarah G. Spear<br>Montgomery County Revenue Commissioner<br>100 S. Lawrence Street<br>Montgomery, Alabama  36104 |
| City of Montgomery<br>Legal Division<br>Room 200<br>103 North Perry Street<br>Montgomery, Alabama  36104 | |

                         s/ *Constance C. Walker*
                         Of Counsel

32253

50051-624