I also wish to receive the
following services (for an
extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

Sarah G. Spear
Montgomery County Revenue
Commissioner
100 S. Lawrence Street
Montgomery, Alabama 36104

4a. Article Number

7099 3400 0009 2318 7178

4b. Service Type

☐ Registered       ☐ Certified
☐ Express Mail     ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  3 - 26 - 08

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

2:08C V180    Ste

6. Signature: (Addressee or Agent)

X

102595-98-B-0229    Domestic Return

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?