**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

OSI, Inc.
c/o John Downs, Registered Agent
7797 E. State Highway 52
Webb, Alabama 36376

4a. Article Number
7099 3400 0009 2318 7215

4b. Service Type
☐ Registered  ☐ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

8. Addressee's Address (Only if requested and fee is paid)

2:08CV180 SLC

5. Received By: (Print Name)
Brad Brown

6. Signature: (Addressee or Agent)
X [signature]

PS Form **3811**, December 1994    102595-98-B-0229    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.