**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Is your RETURN ADDRESS completed on the reverse side?

OSI, Inc.
c/o Bill Morrison, President
4 Yacht Club Drive, Unit 46
Daphne, Alabama 36526

4a. Article Number
7099 3400 0009 2318 7208

4b. Service Type
- ☐ Registered         ☐ Certified
- ☐ Express Mail       ☐ Insured
- ☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
3-27-08

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X Bill Morrison

2:08CV180 SLL

Thank you for using Return Receipt Service.

PS Form **3811**, December 1994      102595-98-B-0229    Domestic Return Receipt