# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * **Case No.: 2008cv180** |
| | * |
| **22.58 ACRES OFLAND, MORE OR LESS** | * |
| **SITUATED IN MONTGOMERY COUNTY,** | * |
| **STATE OF ALABAMA, AND OSI, INC.,** | * |
| **et al.,** | * |
| | * |
| **Defendants.** | * |

## ANSWER OF DEFENDANT SARAH G. SPEAR

**COMES NOW** Defendant Sarah G. Spear, as Revenue Commissioner for Montgomery

County, Alabama, and submits the following in response to Plaintiff's Complaint for Condemnation:

1.     Paragraph one requires no response from the Defendant.

2.     Defendant lacks sufficient knowledge to either admit or deny the allegations in

paragraph two.

3.     Defendant lacks sufficient knowledge to either admit or deny the allegations in

paragraph three.

4.     Defendant lacks sufficient knowledge to either admit or deny the allegations in

paragraph four.  By way of further answer, Defendant submits that any and all ad valorem taxes that

may be owed on the property should be paid to the Defendant in connection with the condemnation

of the subject property.

*/s/Constance C. Walker*
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for the Defendant
Sarah G. Spear

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama 36103-4660
334-265-8573
334-264-7945 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

R. Randolph Neeley
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197

OSI, Inc.
3950 Birmingham Highway
Montgomery, Alabama  36108-1432

OSI, Inc.
c/o Bill Morrison, President
4 Yacht Club Drive, Unit 46
Daphne, Alabama  36526

City of Montgomery
Legal Division
Room 200
103 North Perry Street
Montgomery, Alabama  36104

OSI, Inc.
c/o John Down, Registered Agent
7797 E. State Highway 52
Webb, Alabama  36376

Illinois Central Gulf Railroad Company
A Delaware Corporation
The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

s/ Constance C. Walker
Of Counsel