IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-0180-TFM |
| | ) |
| 22.58 ACRES OF LAND, MORE OR | ) |
| LESS, SITUATED IN MONTGOMERY | ) |
| COUNTY, STATE OF ALABAMA, | ) |
| AND OSI, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court are Plaintiff's *Motion to Deposit Funds* (Doc. 2, filed March 13, 2008) and *Motion for Order for Delivery of Possession and Brief in Support Thereof* (Doc. 4, filed March 13, 2008). For good cause, Defendants shall on or before **May 14, 2008** show cause why these motions should not be granted.

DONE this 15th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE