IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-0180-TFM |
| | ) |
| 22.58 ACRES OF LAND, MORE OR LESS, SITUATED IN MONTGOMERY COUNTY, STATE OF ALABAMA, AND OSI, INC., et al., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendant OSI's *Motion to Dismiss* (Doc. 16, filed April 14, 2008). Upon of review of this motion, it is hereby **ORDERED** that the motion be submitted without oral argument on **May 14, 2008.**

It is further **ORDERED** that nonmovants file a response which shall include a brief and evidentiary materials on or before **May 7, 2008**. Movant may file a reply brief on or before **May 14, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 15th day of April, 2008.

        /s/Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE