IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

United States of America,  )
                           )
　Plaintiff,               )
                           )
v.                         )   CASE NO. 2008cv180
                           )
22.58 Acres of Land, et al., )
                           )
　Defendants,              )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Sarah G. Spear, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

4/17/2008
Date

/s/Constance C. Walker
(Signature)

Constance C. Walker (ASB-510-L66C)
(Counsel's Name)

Sarah G. Spear
Counsel for (print names of all parties)

Haskell Slaughter Young & Gallion, LLC
Post Office Box 4660, Montgomery, Alabama  36103-4660
Address, City, State Zip Code

334-265-8573
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Constance C. Walker, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U. S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of April 20 08, to:

R. Randolph Neeley, Assistant U. S. Attorney, P. O. Box 197, Montgomery, AL  36101

OSI, Inc., 3950 Birmingham Highway, Montgomery, AL  36108-1432

OSI, Inc., c/o Bill Morrison, 4 Yacht Club Drive, #46, Daphne, AL  36526

City of Montgomery Legal Division, 103 N. Perry Street, Montgomery, AL  36104

OSI, Inc., c/o John Down, 7797 E. State Highway 52, Webb, Alabama  36376

Illinois Central Gulf Railroad Co., 2000 Interstate Park Drive, Ste. 204, Montgomery, AL  36109


4/17/2008                                                                /s/Constance C. Walker
         Date                                                                       Signature