**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>22.58 ACRES OF LAND, MORE OR )<br>LESS, SITUATED IN MONTGOMERY)<br>COUNTY, STATE OF ALABAMA, )<br>AND OSI, INC., et al., )<br><br>Defendants. ) | Action No.:  **2:08-cv-180-TFM** |

**NOTICE OF RELATED CASE**

COMES NOW, the United States of America, by and through Leura G. Canary,

United States Attorney for the Middle District of Alabama, and provides this Court with

notice that this matter is related in fact and/or law to the case of OSI, Inc. v. United States

of America, *et al.*, 2:98-cv-920-MEF, filed in this Court on August 19, 1998.

Respectfully submitted this 18th day of April, 2008.

LEURA G. CANARY
United States Attorney

By:/s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification to J. Doyle

Fuller, Jacob A. Fuller, Thomas T. Gallion, III, Constance Caldwell Walker and I hereby

certify that I have mailed, by United States Postal Service, a copy of same to the

following non-CM/ECF participant(s):


Illinois Central Gulf Railroad Company          City of Montgomery
A Delaware Corporation                          Legal Division
The Corporation Company                         Room 200
2000 Interstate Park Drive, Ste. 204            103 North Perry Street
Montgomery, Alabama 36109                       Montgomery, Alabama 36104

State of Alabama
Troy King, Attorney General
11 South Union Street, 3rd Floor
Montgomery, AL 36130




                                                 /s/ R. Randolph Neeley
                                                Assistant United States Attorney
_____