AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA

Alias

**SUMMONS IN A CIVIL ACTION**

V.

22.58 ACRES OF LAND, MORE OR LESS,
SITUATED IN MONTGOMERY COUNTY, AL

CASE NUMBER:    2:08-cv-180-TFM

TO: (Name and address of Defendant)

Illinois Central Railroad Company
455 North Cityfront Plaza
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                          4-24-08

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK