**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 25, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   United States of America v. 22.58 Acres of Land, More or Less, Situated in Montgomery County, State of Alabama et al
Civil Action No. 2:08-cv-00180-TFM

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now **2:08-cv-00180-TFM**.

This new case number should be used on all future correspondence and pleadings in this action.