IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 2:08CV180-TFM |
| ) | |
| 22.58 ACRES OF LAND, MORE ) | |
| OR LESS, SITUATED IN ) | |
| MONTGOMERY COUNTY, STATE ) | |
| OF ALABAMA, AND OSI, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME**

Comes now the Plaintiff, OSI, Inc., in this matter, and requests an extension of time to respond to the following:

1. USA's response to OSI's Motion to Dismiss. Said response is due May 14, 2008.

2. This Court's Order directing OSI to show cause why the USA's Motion to Deposit Funds should not be granted. This is also due May 14, 2008.

In support of this Motion, OSI, Inc. Shows the following:

A. Counsel for OSI has been absent from his office since Thursday, May 1st, preparing for and then attending (and recuperating from) his son's wedding.

B. As a result, counsel simply overlooked the due date of the above requirements.

C. Counsel has discussed this request with Hon. Randolph Neeley, Assistant U.S. Attorney, and has his permission to inform the Court that he does not oppose this request.

WHEREFORE, OSI, Inc. requests an extension of One (1) week to respond to the above.

Respectfully submitted this the 14th day of May, 2008.

    /s/ J. Doyle Fuller
J. DOYLE FULLER (FUL005)


OF COUNSEL:

LAW OFFICE OF
J. DOYLE FULLER, P.C.
2851 Zelda Road
Montgomery, Alabama 36106
(334) 270-0020

LAW OFFICE OF
NABORS, BELTSER & DEBRAY
614 South Hull
Montgomery, Alabama 36104
(334) 262-2000

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Hon. Leura G. Canary
R. Randolph Neeley
United States Attorney
Post Office Box 197
Montgomery, AL 36101

Illinois Central Gulf Railroad Company
The Corporation Company
2000 Interstate park Drive, Suite 204
Montgomery, AL 36109

City of Montgomery Legal Division
Room 200
103 North Perry Street
Montgomery, Alabama 36104

Sarah G. Spear
Montgomery County Revenue Commissioner
100 South Lawrence Street
Montgomery, Alabama 36104

Tommy Gallion
Montgomery County Attorney
305 S. Lawrence Street
Montgomery, Alabama 36104


by placing a copy of same in the United States Mail, first-class postage prepaid on this the 14th day of May, 2008.


　　　　　　　　　　　　　　　　　　　　/s/ J. Doyle Fuller
　　　　　　　　　　　　　　　　　　　　Of Counsel