IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-180-MEF |
| | ) | |
| 22.58 ACRES OF LAND, MORE OR | ) | |
| LESS, Situated in Montgomery County, | ) | |
| State of Alabama, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the Motion for Extension of Time  (Doc. #25) filed on May 14, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 20th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE