IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-180-MEF |
| 22.58 ACRES OF LAND, MORE OR, LESS, SITUATED IN MONTGOMERY COUNTY, STATE OF ALABAMA, AND OSI, INC., *et al.*, | ) | (WO) |
| Defendants. | ) | |

# **O R D E R**

This case is presently before the Court on a Motion to Deposit Funds (Doc. # 2), which the Government filed on March 13, 2008. Upon consideration of the motion, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the sum of $53,000.00 be deposited by the Clerk into the registry of this Court forthwith, and that the Clerk shall deposit the funds into an interest-bearing account.

Done this the 16th day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE