IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-180-MEF |
| | ) |
| 22.58 ACRES OF LAND, MORE OR, | ) (WO) |
| LESS, SITUATED IN MONTGOMERY | ) |
| COUNTY, STATE OF ALABAMA, | ) |
| AND OSI, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

This case is presently before the Court on a Motion to Deposit Funds (Doc. # 2), which the Government filed on March 13, 2008. Upon consideration of the motion, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the sum of $53,000.00 be deposited by the Clerk into the registry of this Court forthwith, and that the Clerk shall deposit the funds into an interest-bearing account.

Done this the 16th day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE