IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-180-MEF |
| | ) | |
| 22.58 ACRES OF LAND, MORE OR LESS, SITUATED IN MONTGOMERY COUNTY, STATE OF ALABAMA, *et al.*, | ) ) ) ) | (WO—Do Not Publish) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is the Proposed Stipulated Judgment and Order of Disbursal, (Doc. # 42) filed by Plaintiff United States of America and the Defendant OSI, Inc.—owner of the 22.58 acres of land, more or less, situated in Montgomery County, State of Alabama at issue in this case—on September 29, 2010. It is hereby ORDERED that Defendant Revenue Commission Sarah G. Spear shall, on or before **October 12, 2010**, show cause why this Proposed Stipulated Judgment and Order of Disbursal should not be adopted by the Court.

DONE this the 5th day of October 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE